UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COREY ANTHONY MERINO,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>Defendant. | Case No. 18-cv-02899-VKD<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO SE PROGRAM AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

At the initial case management conference on November 6, 2018, the Court discussed with the parties the possible placement of this case with *pro bono* counsel to assist plaintiff Corey Merino with a limited scope representation in this case. Mr. Merino does not currently have counsel and has indicated that he does not have the resources to retain counsel. Mr. Merino states that although he has attempted to obtain counsel, he has been unable to do so, and that he wishes to have counsel appointed to assist him in this matter. The Court finds good cause for appointment of *pro bono* counsel, and orders as follows:

1. The Court refers Mr. Merino to the Federal Pro Se Program ("Program") to determine whether the matter can be placed with *pro bono* counsel. The scope of this referral is for the limited purpose of appointing counsel to represent Mr. Merino with respect to the following matters: defendant's pending motion to dismiss, and if appropriate, amendment of plaintiff's complaint and alternative dispute resolution proceedings.

2. The Program shall endeavor to identify suitable *pro bono* counsel no later than December 4, 2018.

3. Once counsel has been identified, the Program shall notify the clerk and shall

inform Judge DeMarchi by email. If the Program is unable to identify *pro bono* counsel by December 4, 2018, the Program shall so inform Judge DeMarchi.

4. Upon being notified by the Program that an attorney has been identified to serve as *pro bono* counsel for Mr. Merino, that attorney shall be appointed as counsel for Mr. Merino in this matter for the scope of representation described above. The Court shall issue an order relieving *pro bono* counsel from representation of Mr. Merino once the purposes of the limited scope representation have been fulfilled.

All proceedings in this action are hereby stayed through December 4, 2018 to allow time for the appointment of counsel.

**IT IS SO ORDERED.**

Dated: November 6, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge